■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE HAYWOOD, Appellant. [30 NYS3d 837]—Appeal by the defendant from a resentence of the Supreme Court, Westchester County (Adler, J.), imposed April 29, 2015, upon his convictions of rape in the first degree (two counts), criminal sexual act in the first degree, attempted criminal sexual act in the first degree, assault in the second degree (two counts), assault in the third degree (two counts), robbery in the third degree (two counts), and unlawful imprisonment in the second degree (two counts), upon a jury verdict, after remittitur from this Court for resentencing (*see People v Haywood*, 124 AD3d 798 [2015]).

Ordered that the resentence is affirmed.

The defendant failed to preserve for appellate review his contention that the duration of the order of protection issued at the time of the original sentence was improperly extended as a result of the resentence (*see* CPL 470.05 [2]; *People v Nieves*, 2 NY3d 310, 316-318 [2004]; *People v Hunter*, 135 AD3d 958, 959 [2016]; *People v Deal*, 115 AD3d 975, 976 [2014]), and we decline to reach it in the exercise of our interest of justice jurisdiction. Balkin, J.P., Leventhal, Austin and Duffy, JJ., concur.